**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Barry L. Snyder dba WM Unlimited<br>Marjorie L. Snyder dba WM Unlimited<br><u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 16-70842 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Metropolitan Life Insurance Company and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich
Maria Miksich
28 Jan 2021, 08:55:56, EST

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com