IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-70842-JAD |
| Barry L. Snyder and | : | |
| Marjorie L. Snyder | : | |
| | : | |
| Debtors | : | |
| | : | Chapter 13 |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On November 12th, 2020, at docket numbers 39 and 40, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by both filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the forms.

    This Certification is being signed under penalty of perjury by the Undersigned Counsel who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Date: <u>January 26th, 2022:</u>            Respectfully Submitted:

**/s/ Richard G. Allen, Esquire**
Richard G. Allen, Esquire
P.O. Box 401
Delmont, PA 15626
PA ID #   304865
(814) 240-1013 (phone)
(814) 806-2754 (fax)
richarda@johnstownbankruptcy.com
Attorney for Debtors

**PAWB Local Form 24 (07/13)**