**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Barry L. Snyder
dba WM Unlimited
Marjorie L. Snyder
dba WM Unlimited**
  Debtor(s)

Bankruptcy Case No.: 16−70842−JAD

Chapter: 13
Docket No.: 45 − 43

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 27th of January, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

  1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/21/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

  2. Said Motion is scheduled for hearing on **3/30/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

  3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

  **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

  In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

  4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

  5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/21/22.**

                                                                Jeffery A. Deller
                                                                United States Bankruptcy Judge

  cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70842-JAD |
| Barry L. Snyder | Chapter 13 |
| Marjorie L. Snyder | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 27, 2022 | Form ID: 408 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barry L. Snyder, Marjorie L. Snyder, 1100 North 5th Avenue, Altoona, PA 16601-6134 |
| cr | + | Blair County Tax Claim Bureau, 423 Allegheny St. Ste 143, Holidaysburg, PA 16648-2047 |
| 14360232 | + | Blair County Tax Claim Bureau, 423 Allegheny Street, Suite 143, Hollidaysburg, PA 16648-2047 |
| 14336763 | + | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 14366278 | + | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 14336764 | | M&T Credit Services, 1100 Worley Drive, Consumer Asset Management 2nd Floor, Williamsville, NY 14221 |
| 14348311 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14415099 | | UPMC Altoona, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14415100 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14336769 | | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2022 23:36:35 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14336757 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 27 2022 23:38:00 | Barclays Bank Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 14336758 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 23:36:58 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14336759 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 27 2022 23:36:56 | Cardworks/CW Nexus, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14336760 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 23:37:17 | Citibank, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 14336761 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 23:37:04 | Citibank / Sears, Citicorp Credit Services, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 14336762 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2022 23:38:00 | Comenity Bank/Lane Bryant, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14521511 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2022 23:37:04 | LVNV Funding, LLC its successors and assigns as, assignee of Household Bank (SB), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14521593 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2022 23:37:16 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14392173 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2022 23:37:04 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital |

Case 16-70842-JAD    Doc 46    Filed 01/29/22    Entered 01/30/22 00:27:52    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: 408 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14373034 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 27 2022 23:35:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14336765 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 27 2022 23:36:56 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14399164 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 27 2022 23:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14352424 | + | Email/PDF: cbp@onemainfinancial.com | Jan 27 2022 23:35:50 | OneMain, 605 Munn Rd, Fort Mill, SC 29715-8421 |
| 14336766 | + | Email/PDF: cbp@onemainfinancial.com | Jan 27 2022 23:35:58 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 14685419 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2022 23:37:14 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14521256 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2022 23:37:01 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14336767 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:36:11 | Syncb/Sams Club, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14336768 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:37:09 | Synchrony Bank/Sams, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Metropolitan Life Insurance Company |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2022           Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey A. Muriceak | on behalf of Creditor Blair County Tax Claim Bureau jmuriceak@eveyblack.com choover@eveyblack.com |
| Maria Miksich | on behalf of Creditor Metropolitan Life Insurance Company mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 3 of 3 |
| Date Rcvd: Jan 27, 2022 | Form ID: 408 | Total Noticed: 29 |

ustpregion03.pi.ecf@usdoj.gov

Richard G. Allen

on behalf of Joint Debtor Marjorie L. Snyder ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Richard G. Allen

on behalf of Debtor Barry L. Snyder ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 6