**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BARRY L. SNYDER
MARJORIE L. SNYDER
    Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
    Movant
    vs.
No Respondents.

Case No.:16-70842 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/15/2016 and confirmed on 2/23/17. The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 36,480.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 36,480.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 1,702.29 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,202.29 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BLAIR COUNTY TAX CLM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0013 | | | | |
|   M & T BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5408 | | | | |
|                    \*\*\*N O N E\*\*\* | | | | |
| **Priority** | | | | |
|   RICHARD G ALLEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARRY L. SNYDER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF RICHARD G ALLEN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF RICHARD G ALLEN | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|                    \*\*\*N O N E\*\*\* | | | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 2,033.03 | 1,335.07 | 0.00 | 1,335.07 |
|     Acct: 1269 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 1,396.86 | 917.30 | 0.00 | 917.30 |
|     Acct: 5135 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 2,174.61 | 1,428.04 | 0.00 | 1,428.04 |
|     Acct: 7644 | | | | |
|   MERRICK BANK | 2,566.80 | 1,685.59 | 0.00 | 1,685.59 |
|     Acct: 0165 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 1,738.16 | 1,141.43 | 0.00 | 1,141.43 |
|     Acct: 2743 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,916.62 | 2,572.01 | 0.00 | 2,572.01 |
|     Acct: 1163 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5950 | | | | |
|   FIRST NATIONAL BANK OF OMAHA(*) | 443.65 | 291.34 | 0.00 | 291.34 |
|     Acct: 8574 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - | 8,289.24 | 5,443.46 | 0.00 | 5,443.46 |

16-70842 JAD                                                                                                    Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 2066 | | | | |
|   MIDLAND FUNDING LLC | 8,486.61 | 5,573.07 | 0.00 | 5,573.07 |
|     Acct: 9209 | | | | |
|   MIDLAND FUNDING LLC | 4,974.21 | 3,266.51 | 0.00 | 3,266.51 |
|     Acct: 1912 | | | | |
|   UPMC COMMUNITY MEDICINE | 147.20 | 96.66 | 0.00 | 96.66 |
|     Acct: 1544 | | | | |
|   UPMC ALTOONA | 1,251.80 | 822.04 | 0.00 | 822.04 |
|     Acct: 1544 | | | | |
|   M & T BANK | 10,210.59 | 6,705.19 | 0.00 | 6,705.19 |
|     Acct: 5408 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3569 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6176 | | | | |
|   JEFFREY A MURICEAK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MERRICK BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0165 | | | | |
| | | | | 31,277.71 |

TOTAL PAID TO CREDITORS                                                                                      31,277.71

  TOTAL CLAIMED
  PRIORITY            0.00
  SECURED             0.00
  UNSECURED      47,629.38

Date: 01/26/2022                                           /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    BARRY L. SNYDER
    MARJORIE L. SNYDER
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-70842 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                        BY THE COURT:

                        _____
                        U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70842-JAD |
| Barry L. Snyder | Chapter 13 |
| Marjorie L. Snyder | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barry L. Snyder, Marjorie L. Snyder, 1100 North 5th Avenue, Altoona, PA 16601-6134 |
| cr | + | Blair County Tax Claim Bureau, 423 Allegheny St. Ste 143, Holidaysburg, PA 16648-2047 |
| 14360232 | + | Blair County Tax Claim Bureau, 423 Allegheny Street, Suite 143, Hollidaysburg, PA 16648-2047 |
| 14336763 | + | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 14366278 | + | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 14336764 | | M&T Credit Services, 1100 Worley Drive, Consumer Asset Management 2nd Floor, Williamsville, NY 14221 |
| 14348311 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 14415099 | | UPMC Altoona, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14415100 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14336769 | | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2022 23:37:13 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14336757 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 27 2022 23:38:00 | Barclays Bank Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 14336758 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 23:37:11 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14336759 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 27 2022 23:36:56 | Cardworks/CW Nexus, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14336760 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 23:47:36 | Citibank, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 14336761 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 27 2022 23:37:05 | Citibank / Sears, Citicorp Credit Services, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 14336762 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2022 23:38:00 | Comenity Bank/Lane Bryant, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14521511 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2022 23:37:05 | LVNV Funding, LLC its successors and assigns as, assignee of Household Bank (SB), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14521593 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2022 23:37:16 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14392173 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2022 23:37:04 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital |

Case 16-70842-JAD  Doc 47  Filed 01/29/22  Entered 01/30/22 00:27:52  Desc Imaged
Certificate of Notice  Page 6 of 7

| District/off: 0315-7 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14373034 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 27 2022 23:36:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14336765 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 27 2022 23:36:56 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14399164 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 27 2022 23:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14352424 | + | Email/PDF: cbp@onemainfinancial.com | Jan 27 2022 23:35:58 | OneMain, 605 Munn Rd, Fort Mill, SC 29715-8421 |
| 14336766 | + | Email/PDF: cbp@onemainfinancial.com | Jan 27 2022 23:36:00 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 14685419 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2022 23:37:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14521256 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2022 23:36:41 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14336767 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:36:08 | Syncb/Sams Club, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14336768 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 23:37:09 | Synchrony Bank/Sams, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Metropolitan Life Insurance Company |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jeffrey A. Muriceak | on behalf of Creditor Blair County Tax Claim Bureau jmuriceak@eveyblack.com  choover@eveyblack.com |
| Maria Miksich | on behalf of Creditor Metropolitan Life Insurance Company mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |

District/off: 0315-7     User: auto     Page 3 of 3
Date Rcvd: Jan 27, 2022     Form ID: pdf900     Total Noticed: 29

ustpregion03.pi.ecf@usdoj.gov

Richard G. Allen
on behalf of Joint Debtor Marjorie L. Snyder ecf@johnstownbankruptcy.com
mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Richard G. Allen
on behalf of Debtor Barry L. Snyder ecf@johnstownbankruptcy.com
mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6