**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Barry L. Snyder**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1544<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Marjorie L. Snyder**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2059<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 16–70842–JAD | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Barry L. Snyder
dba WM Unlimited

Marjorie L. Snyder
dba WM Unlimited

3/23/22

**By the court:** Jeffery A. Deller
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70842-JAD |
| Barry L. Snyder | Chapter 13 |
| Marjorie L. Snyder | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 23, 2022 | Form ID: 3180W | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barry L. Snyder, Marjorie L. Snyder, 1100 North 5th Avenue, Altoona, PA 16601-6134 |
| cr | + | Blair County Tax Claim Bureau, 423 Allegheny St. Ste 143, Holidaysburg, PA 16648-2047 |
| 14360232 | + | Blair County Tax Claim Bureau, 423 Allegheny Street, Suite 143, Hollidaysburg, PA 16648-2047 |
| 14336763 | + | First National Bank, Attn: FNN Legal Dept, 1620 Dodge St Mailstop Code 3290, Omaha, NE 68102-1593 |
| 14348311 | + | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197-0002 |
| 14336764 | | M&T Credit Services, 1100 Worley Drive, Consumer Asset Management 2nd Floor, Williamsville, NY 14221 |
| 14415099 | | UPMC Altoona, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14415100 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14336769 | | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 24 2022 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 23 2022 23:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 24 2022 03:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 23 2022 23:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Mar 24 2022 03:28:00 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14336757 | + | EDI: TSYS2 | Mar 24 2022 03:28:00 | Barclays Bank Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 14336758 | + | EDI: CAPITALONE.COM | Mar 24 2022 03:28:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14336759 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 23 2022 23:33:53 | Cardworks/CW Nexus, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14336760 | + | EDI: CITICORP.COM | Mar 24 2022 03:28:00 | Citibank, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 14336761 | + | EDI: CITICORP.COM | Mar 24 2022 03:28:00 | Citibank / Sears, Citicorp Credit Services, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 14336762 | + | EDI: WFNNB.COM | Mar 24 2022 03:28:00 | Comenity Bank/Lane Bryant, P.O. Box 182125, |

Case 16-70842-JAD   Doc 52   Filed 03/25/22   Entered 03/26/22 00:25:27   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 23, 2022 | Form ID: 3180W | Total Noticed: 31 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2125 |
| 14521511 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2022 23:33:54 | LVNV Funding, LLC its successors and assigns as, assignee of Household Bank (SB), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14521593 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2022 23:34:04 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14392173 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2022 23:34:04 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14366278 | + | Email/Text: camanagement@mtb.com | Mar 23 2022 23:28:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 14373034 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 23 2022 23:33:53 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14336765 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 23 2022 23:34:02 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14399164 | + | EDI: MID8.COM | Mar 24 2022 03:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14352424 | + | EDI: AGFINANCE.COM | Mar 24 2022 03:28:00 | OneMain, 605 Munn Rd, Fort Mill, SC 29715-8421 |
| 14336766 | + | EDI: AGFINANCE.COM | Mar 24 2022 03:28:00 | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 14685419 | | EDI: PRA.COM | Mar 24 2022 03:28:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14521256 | | EDI: PRA.COM | Mar 24 2022 03:28:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14336767 | + | EDI: RMSC.COM | Mar 24 2022 03:28:00 | Syncb/Sams Club, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14336768 | + | EDI: RMSC.COM | Mar 24 2022 03:28:00 | Synchrony Bank/Sams, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Metropolitan Life Insurance Company |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 23, 2022 | Form ID: 3180W | Total Noticed: 31 |

Date: Mar 25, 2022    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey A. Muriceak | on behalf of Creditor Blair County Tax Claim Bureau jmuriceak@eveyblack.com choover@eveyblack.com |
| Maria Miksich | on behalf of Creditor Metropolitan Life Insurance Company mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard G. Allen | on behalf of Joint Debtor Marjorie L. Snyder ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Richard G. Allen | on behalf of Debtor Barry L. Snyder ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6